[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 23-13635

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

KHOURTNEY BROWN,
a.k.a. Kok,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 3:22-cr-00097-RAH-SMD-3

2                    Opinion of the Court                    23-13635

_____

Before JORDAN, ROSENBAUM, and GRANT, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Howle*, 166 F.3d 1166, 1169 (11th Cir. 1999) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error); *United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020) (sentence appeal waiver was enforceable because the district court "effectively conveyed to [the defendant] that he was giving up his right to appeal his sentence under most circumstances").